```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BRITTNEY WITHERSPOON,                    :    21cv5555 (DLC)
                                         :
                    Plaintiff,           :    ORDER OF
          -v-                            :    DISCONTINUANCE
                                         :
SIA PARTNERS U.S., INC, SIA PARTNERS,    :
and DANIEL CONNOR,                       :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 8, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         June 8, 2022

                              _____
                                     DENISE COTE
                              United States District Judge